IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCILLE ANN CHAMPION, | ) | |
| | ) | 8:05CV204 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

It has come to my attention that the plaintiff's $250 check for the filing fee in this case has been returned because of insufficient funds. In addition, a service charge of $45 has been assessed for the returned check.

THEREFORE, IT IS ORDERED:

1. That all activity in this case shall cease until further order of the court;

2. That by July 19, 2005, the plaintiff shall: (a) pay the $45 service charge **and** (b) either pay the court's $250 filing fee or file an Application to Proceed in Forma Pauperis ("IFP");

3. That in the absence of compliance with this Order, the above-entitled case may be subject to dismissal by District Judge Laurie Smith Camp after July 19, 2005; and

4. That the Clerk of Court shall send the plaintiff a form Application to Proceed IFP and a copy of this Order.

DATED this 26th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge