IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCILLE ANN CHAMPION, | ) | |
| | ) | 8:05cv204 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court sua sponte. The record reveals some confusion regarding whether any defendant is required to answer the plaintiff's complaint before the plaintiff pays the filing fee for this litigation. As discussed in Magistrate Judge F. A. Gossett's Order of May 26, 2005, (filing no. 16), the plaintiff has until July 19, 2005 to pay a service charge of $45 for her returned filing-fee check **and** either pay the court's $250 filing fee or file an Application to Proceed in Forma Pauperis ("IFP"). In the absence of timely compliance with those requirements, this litigation will be subject to dismissal. As stated in filing no. 16, this case is stayed, and no answers or other pleadings should be filed until further order of the court.

    SO ORDERED.

    DATED this 13th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge