**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LUCILLE ANNE CHAMPION,** | ) | **CASE NO. 8:05CV204** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **UNIVERSITY OF NEBRASKA** | ) | |
| **MEDICAL CENTER, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The following motions are pending:

- Plaintiff's motions for reconsideration of the order denying her motion for temporary restraining order, (Filing Nos. 43, 47 & 48);

- Plaintiff's ex parte motion to amend her complaint, (Filing No. 44);

- Plaintiff's motion to repair credit history, (Filing No. 45); and

- Plaintiff's motion to compel, (Filing No. 46).

Motions for Reconsideration
Filing Nos. 43, 47 & 48

The plaintiff's motions to reconsider (Filing Nos. 43, 47, and 48) request the court to reconsider its prior ruling on plaintiff's motion for temporary restraining order (Filing No. 41). The issues raised in the motions to reconsider were adequately raised and addressed in the court's prior Memorandum and Order. The motions to reconsider will be denied.

Ex Parte Motion to Amend Complaint
Filing No. 44

The plaintiff has filed an ex parte motion requesting leave "to file several separate Motions, outlined in the original complaint, for example, Medical, Banks, Medicare Fraud to make the Complaint clear and concise." To the extent the plaintiff's motion seeks leave

to file an amended complaint, the motion is denied for failing to comply with Nebraska Local Rule 15.1.

The court notes that although the plaintiff's motion cites local court rules, she is citing the local rules for the United States District Court for the Northern District of California, which she apparently retrieved from that court's website. Those rules are not applicable to actions brought in the United States District Court for the District of Nebraska. This court's local rules can be found at http://www.ned.uscourts.gov/localrules/index.html. The plaintiff is admonished to retrieve these local rules from the website and comply with them in future filings.

<u>Motion to Repair Credit History and
Motion to Compel</u>
Filing Nos. 45 & 46

It is very difficult to discern what the plaintiff is requesting in her motion to repair credit history, (Filing No. 45), and motion to compel, (Filing No. 46), but it appears these motions are related. Liberally construing the allegations raised, the plaintiff may be alleging that her credit report should not reflect an unpaid medical bill, and the defendants should be compelled to correct or explain the "Cancer Center" "MEDICAL PAYMENT DATA" entry listed on her credit report in 2005. Assuming that to be the case, the record indicates that an Experian credit report dated May 18, 2005, identified a "Cancer Center" medical payment issue being litigated in a Douglas County court. The Experian report identifies public records as its source for the information. The plaintiff has failed adequately to allege that any of the named defendants are responsible this alleged reporting error or can assist in providing the relief she requests.

IT IS ORDERED:

1. Plaintiff's motions for reconsideration, (Filing Nos. 43, 47, and 48), are denied;

2. Plaintiff's ex parte motion to amend her complaint, (Filing No. 44), is denied. The clerk is directed to unseal this document and place it in the public record;

3. Plaintiff's motion to repair credit history, (Filing No. 45), is denied;

4. Plaintiff's motion to compel, (Filing No. 46), is denied; and

5. The operative complaint in this case remains Plaintiff's First Amended and Restated Complaint for Injunction, (Filing No. 13).

DATED this 2nd day of October, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge