IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCILLE ANNE CHAMPION, | ) | CASE NO. 8:05CV204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| MEDICAL CENTER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Richard J. Gilloon, and Erickson & Sederstrom, P.C., have moved to withdraw as counsel for defendants Lois Olsen and Eastern Nebraska Human Services. Filing No. 51. Kimberly K. Sturzenegger and the Boucher Law Firm have entered an appearance on behalf of these defendants.

IT IS ORDERED: The motion to withdraw filed by Richard J. Gilloon, and Erickson & Sederstrom, P.C., (filing no. 51), is granted.

DATED this 24th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge