**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LUCILLE ANNE CHAMPION,** | ) | **CASE NO. 8:05CV204** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNIVERSITY OF NEBRASKA** | ) | |
| **MEDICAL CENTER, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Currently pending before the court are three motions to dismiss filed by the defendants, (Filing Nos. 49, 52, and 55), two motions to reconsider and a motion to cease and desist and for sanctions filed by the plaintiff, (see Filing Nos. 58, 59, and 60), and plaintiff's motion for an extension of time to submit additional evidence in support of her motions to reconsider. Filing No. 65.

IT IS ORDERED that:

1. Plaintiff's motion for an extension of time, (Filing No 65), is granted. The plaintiff is given until November 9, 2007, to file any additional evidence in support of her motions to reconsider;

2. Plaintiff is given until November 9, 2007, to respond to defendants' motions to dismiss; and

3. The pending motions to dismiss, motions to reconsider, and motion to cease and desist, (Filing Nos. 49, 52, 55, 58, 59, and 60), will be deemed submitted on November 9, 2007. No further extensions of time to respond to or supplement these motions will be granted, and any briefs, arguments, or evidence submitted after November 9, 2007, will not be considered by the court in ruling on the pending motions.

DATED this 29th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge