IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LUCILLE ANNE CHAMPION,** | ) | **CASE NO. 8:05CV204** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNIVERSITY OF NEBRASKA MEDICAL CENTER, INTERNATIONAL STUDIES AND PROGRAMS, and DR. SEVERA,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 88.) Plaintiff's Motion seeks reconsideration of the court's June 20, 2008, Memorandum and Order which dismissed the Amended Notice of Appeal as untimely. (Filing No. 85.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its June 20, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 88) is denied.

Dated this 16th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge