# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LUCILLE ANNE CHAMPION,** ) | **CASE NO. 8:05CV204** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **UNIVERSITY OF NEBRASKA** ) | |
| **MEDICAL CENTER, INTERNATIONAL** ) | |
| **STUDIES AND PROGRAMS, and DR.** ) | |
| **SEVERA,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on 10 Motions, Objections, and Letters filed by Plaintiff. These filings argue the merits of Plaintiff's claims and seek to reopen this matter. The court dismissed Plaintiff's Complaint long ago because it failed to state a claim upon which relief may be granted. (Filing Nos. 73 and 74.) On at least two subsequent occasions, the court denied Plaintiff's requests to reconsider that dismissal. (Filing Nos. 85 and 89.) This matter has been closed for nearly three years. After careful review of the record and Plaintiff's recent filings, the court sees no reason to reopen this matter.

IT IS THEREFORE ORDERED that: all pending Motions and Objections are denied.

DATED this 14th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.